■ STEPHEN P. FRANCIS, Doing Business as EXTREME REALTY BUILDERS, Respondent, v CHRISTOPHER SZCZEPANSKI et al., Defendants, and NBT BANK, Appellant. [40 NYS3d 307]—Appeal from an order of the Supreme Court, Oneida County (Samuel D. Hester, J.), entered June 3, 2015. The order, among other things, denied in part the motion of defendant NBT Bank to dismiss the complaint against it.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on August 8, 2016, and filed in the Oneida County Clerk's Office on September 20, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Peradotto, NeMoyer, Curran and Troutman, JJ.

■ EMMA B. SCHUVER, Respondent, v PAMELA LODESTRO, Individually and as Executor of G. MARVIN SCHUVER, Deceased, Appellant, et al., Defendant. [40 NYS3d 307]—Appeal from an order of the Supreme Court, Chautauqua County (Stephen W. Cass, A.J.), entered May 29, 2015. The order, among other things, denied in part the motion of defendant Pamela Lodestro, individually, and as executor of the Estate of G. Marvin Schuver, to dismiss the amended complaint against her.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2015 NY Slip Op — [Sup Ct, Chautauqua County 2015]). Present—Whalen, P.J., Peradotto, NeMoyer, Curran and Troutman, JJ.